IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

IVAN RODRIGUEZ,

      Appellant,

 v.                                                                 Case No.  5D16-1696

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed March 17, 2017

Appeal from the Circuit Court
for Orange County,
Julie H. O'Kane, Judge.

James S. Purdy, Public Defender, and
Nicole    Joanne   Martingano, Assistant
Public Defender, Daytona Beach, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Nora Hutchinson Hall,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED without prejudice to file a timely, facially sufficient motion under Florida

Rule of Criminal Procedure 3.850.


ORFINGER, EVANDER and EDWARDS, JJ., concur.